[915 NE2d 1158, 886 NYS2d 862]

EDWARD KOEHL, Appellant, v S. MIRZA et al., Respondents.

Decided September 8, 2009

**APPEARANCES OF COUNSEL**

*Edward Koehl*, appellant pro se.

*Andrew M. Cuomo, Attorney General*, Albany (*Robert M. Goldfarb, Barbara D. Underwood* and *Andrea Oser* of counsel), for respondents.

**OPINION OF THE COURT**

Upon reargument, following remand by the Supreme Court of the United States, this Court's November 27, 2007 dismissal or-

der vacated and appeal reinstated (*see Koehl v Mirza*, 556 US —, 129 S Ct 2734 [2009]; *Haywood v Drown*, 556 US —, 129 S Ct 2108 [2009]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.